UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------
BILLY RIVERA,

**MEMO ENDORSED**

      Plaintiff,

               23-CV-4326
               **NOTICE OF MOTION**
               **TO DISMISS**

   - against -

KATIE BALOY, DANIEL WALTER, EARL JACOBS,
PAUL HOLLAND, BRETT REED, and
JOHN/JANE DOES 1-25,
           Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, Served Defendants, by their attorney, LETITIA JAMES, Attorney General of the State of New York, will move this Court before the Honorable Kenneth M. Karas, United States District Judge, at the Honorable Charles L. Brieant Jr. United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, on a date set by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting Defendants' motion to dismiss Plaintiff's complaint, and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court's August 1, 2023 Order, Plaintiff's response to the Motion to Dismiss is due October 5, 2023.

Dated: White Plains, New York
September 1, 2023

>LETITIA JAMES
>Attorney General
>of the State of New York
>Attorney for Served
>Defendants
>
>By: *Kathleen Kelly*
>_____
>Kathleen Kelly
>Assistant Attorney General
>44 South Broadway
>White Plains, New York 10601
>(914) 461-9579

**VIA ECF:**
Mr. Joel A. Wertheimer
14 Wall Street, Suite 1603
New York, New York 10005

Because Plaintiff filed a First Amended Complaint, (Dkt. No. 23), and Defendants answered the amended complaint, (Dkt. No. 24), Defendants' Motion to Dismiss the initial Complaint is denied as moot. The Clerk of Court is respectfully requested to termination the pending Motion to Dismiss, (Dkt. No. 21).

SO ORDERED.

*/s/ KMK*   12/13/23

23-CV-4326

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BILLY RIVERA,

Plaintiff,

- against -

KATIE BALOY, DANIEL WALTER, EARL JACOBS, PAUL HOLLAND, BRETT REED, and JOHN/JANE DOES 1-25,

Defendants

---

**NOTICE OF MOTION TO DISMISS**

---

**LETITIA JAMES**
Attorney General
State of New York
Attorney for Defendants
44 South Broadway, 5th Floor
White Plains, New York 10601

**KATHRYN MARTIN**
Assistant Attorney General
of Counsel
(914) 422-8755