

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

July 18, 2024

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas St.
White Plains, NY 10601-4150

*Re:    Billy Rivera v. Katie Baloy, et. al., 23-CV-4326 - KMK – AEK*

Dear Judge Karas,

   I write on behalf of both parties to seek an adjournment of the case management conference scheduled for July 25, 2024. Fact discovery has been completed. Plaintiff and Defendants are still in the process of finding experts. Additionally, Defendants anticipate being able to provide a response to Plaintiff's demand by the end of next week. Based on the conference with Magistrate Judge Krause the new expert discovery deadlines are: Plaintiff is to serve his expert reports by August 2, 2024; and Defendants are to serve their expert report by August 30, 2024, with all parties to file a joint report regarding the status of expert discovery by September 6, 2024. Accordingly, the parties are requesting the case management conference with Judge Karas be adjourned from July 25, 2024, to September 15, 2024, to allow time for the completion of all discovery.

   We thank Your Honor in advance for their consideration of this request.

Granted.  Discovery is extended as noted herein and the case management conference is adjourned to 9/ 18 /24, at 11:30 No more discovery extensions will be granted.

So Ordered.

7/18/24

cc:

Mr. Joel Wertheimer
14 Wall Street
Suite 1603
New York, New York 10005
*t: (646) 720-1098*
joelwertheimer.com

Respectfully submitted,

Robert Feliu

Robert C. Feliu
Assistant Attorney General
Robert.Feliu@ag.ny.gov